FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

2010 DEC -2 AM 9:50

CLERK
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

BARBARA C. ROBINSON,

Plaintiff,

v.

NCO FINANCIAL SYSTEMS, INC.

Defendant.

_____/

CASE NO.:

3:10-cv-1099-J-99TJC-JRK

## COMPLAINT AND DEMAND FOR JURY TRIAL

COMES NOW Plaintiff, BARBARA C. ROBINSON, by and through undersigned counsel, and files this Complaint against the Defendant NCO FINANCIAL SYSTEMS INC. and alleges:

### JURISDICTION

1. Jurisdiction of this Court arises under 28 US.C. § 1331 and pursuant to 15 US.C. §1692k(d), and pursuant to 28 U.S.C. § 1367 for pendent state law claims.

2. This action arises out of repeated violations of the Fair Debt Collection Practices Act, 15 U.S.C. §1692 et seq. ("FDCPA"), and the Florida Deceptive and Unfair Trade Practices Act ("FDUTPA"), Section 501.201 et seq. of the Florida Statutes, by the Defendant and its agents in their illegal efforts to collect a consumer debt from Plaintiff.

3. Venue is proper in this District because the acts and transactions occurred here, Plaintiff resides here, and Defendant transacts business here.

## PARTIES

4. Plaintiff is a natural person who resides in Jacksonville, Duval County, Florida and is a "consumer" as that term is defined by 15 U.S.C. § 1692a(3) Sections 559.55(2) and 501.203(7), Fla. Stat.

5. Defendant, NCO FINANCIAL SYSTEMS INC. (hereinafter "Defendant") is a collection agency operating from an address 507 Prudential Road, Horsham, PA 19044, and is a "debt collector" as that term is defined by 15 U.S.C. §1692a(6) and Section 559.55(6).

## FACTUAL ALLEGATIONS

6. Plaintiff incurred a financial obligation that was primarily for personal, family or household purposes and is therefore a "debt" as that term is defined by 15 U.S.C. § 1692a(5) and Section 559.55(1), Fla. Stat., namely, a lien on her home by the city of Jacksonville, Florida.

7. Sometime thereafter, the debt was consigned, placed or otherwise transferred to Defendant NCO FINANCIAL SYSTEMS for collection from this Plaintiff.

8. On or about June, 2010 Defendant began to send Plaintiff collection letters regularly. Plaintiff received one such letter on June 17, 2010. (See attached Exhibit "A")

9. On June 28, 2010, Plaintiff faxed a notice stating that she would not pay the debt. (See attached Exhibit "B")

10. On September 16, 2010, in violation of 15 U.S.C. § 1692c, Defendant contacted Plaintiff by mail in an effort to collect on the debt. (See attached Exhibit "C") 15 U.S.C. § 1692c (805) states that "If a consumer notifies a debt collector in writing

that the <u>consumer refuses to pay a debt</u> or that the consumer wishes the debt collector to cease further communication with the consumer, the debt collector shall not communicate further with the consumer with respect to such debt..."

## TRIAL BY JURY

11. Plaintiff is entitled to and hereby respectfully demands a trial by jury on all issues so triable. US Const. amend. 7. Fed.R.Civ.P.38.

## CLAIMS FOR RELIEF

## COUNT I

## VIOLATIONS OF THE FAIR DEBT COLLECTION PRACTICES ACT

## 15 U.S.C. § 1692 et seq.

12. Plaintiff incurred a financial obligation that was primarily for personal, family or household purposes and is therefore a "debt" as that term is defined by 15 U.S.C. § 1692a(5) and Section 559.55(1), Fla. Stat., namely, a debt to the city of Jacksonville, Florida, which was used by Plaintiff for personal, family and household purchases.

13. Sometime thereafter, the debt was consigned, placed or otherwise transferred to Defendant NCO FINANCIAL SYSTEMS for collection from this Plaintiff.

14. On or about June, 2010 Defendant began to send Plaintiff collection letters regularly. Plaintiff received one such letter on June 17, 2010. (See attached Exhibit "A")

15. On June 28, 2010, Plaintiff faxed a notice stating that she would not pay the debt. (See attached Exhibit "B")

16. On September 16, 2010, in violation of 15 U.S.C. § 1692c, the Defendant contacted the Plaintiff via mail in an effort to collect the debt. (See attached Exhibit "C") 15 U.S.C. § 1692c (805) states that "If a consumer notifies a debt collector in writing that the <u>consumer refuses to pay a debt</u> or that the consumer wishes the debt collector to cease further communication with the consumer, the debt collector shall not communicate further with the consumer with respect to such debt..."

17. The foregoing acts and omissions of Defendant and their agents constitute numerous and multiple violations of the FDCPA including, but not limited to, each and every one of the above-cited provisions of the FDCPA, 15 U.S.C. § 1692 et seq., with respect to Plaintiff.

18. As a result of Defendant's violations of the FDCPA, Plaintiff is entitled to actual damages pursuant to 15 U.S.C. § 1692k(a)(1); statutory damages in an amount up to $1,000.00 pursuant to 15 U.S.C. § 1692k(a)(2)( A): and reasonable attorney's fees and costs pursuant to 15 U.S.C. § 1692k(a)(3), from Defendant.

## COUNT II

## VIOLATIONS OF THE FLORIDA DECEPTIVE & UNFAIR TRADE PRACTICES ACT

### Section 501. et seq., Fla. Stat.

19. Plaintiff incurred a financial obligation that was primarily for personal, family or household purposes and is therefore a "debt" as that term is defined by 15 U.S.C. § 1692a(5) and Section 559.55(1), Fla. Stat., namely, a debt to the city of

Jacksonville, Florida, which was used by Plaintiff for personal, family and household purchases.

20. Sometime thereafter, the debt was consigned, placed or otherwise transferred to Defendant NCO FINANCIAL SYSTEMS for collection from this Plaintiff.

21. On or about June, 2010 Defendant's representatives began to send Plaintiff collection letters regularly. Plaintiff received one such letter on June 17, 2010. (See attached Exhibit "A")

22. On June 28, 2010, Plaintiff faxed a notice stating that she would not pay the debt. (See attached Exhibit "B")

23. On September 16, 2010, in violation of 15 U.S.C. § 1692c, the Defendant contacted the Plaintiff via mail in an effort to collect the debt. (See attached Exhibit "C")

24. This is an action for damages and an injunction for violation of the Florida Deceptive and Unfair Trade Practices Act (FDUTPA) against Defendant in the attempted collection of a debt.

25. At all times relevant to this Complaint, Defendant was engaged in the business of debt collection.

26. The alleged debt in this cause is a "consumer transaction" within the scope of the FDUTPA.

27. In engaging in the conduct more specifically described above, Defendant committed deceptive and unfair trade practices in connection with attempting to collect a debt.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays that judgment be entered against Defendant:

### COUNT I

### 15 U.S.C. § 1692 et seq.

- for an award of actual damages pursuant to 15 U.S.C. § 1692k(a)(1) against Defendant and for Plaintiff;

- for an award of statutory damages of $1,000.00 pursuant to 15 U.S.C.§ 1692k(a)(2)(A) against Defendant and for Plaintiff;

- for an award of costs of litigation and reasonable attorney's fees pursuant to 15 U.S.C. §1692k(a)(3) against Defendant and for Plaintiff; and

- for such other relief as this Court deems just and proper.

### COUNT II

### VIOLATIONS OF THE FLORIDA DECEPTIVE & UNFAIR TRADE PRACTICES ACT

### Section 501.201 et seq., Fla. Stat.

- for an award of actual damages pursuant to Section 501.211 against Defendant and for Plaintiff;

- for an award of costs of litigation and reasonable attorney's fees pursuant to Section 501.211 against Defendant and for Plaintiff;

- for an injunction to enjoin further collection and transfer of the alleged debt and requiring that the debt be removed from Plaintiff's credit report; and for such other relief as this Court deems just and proper.

COLLINS & STORY, P.A.

_____
MAX STORY, ESQ.
Florida Bar No. 527238
233 East Bay Street, Suite 920
Jacksonville, FL 32202
Telephone: (904) 355-0805
Attorney for Plaintiff

PO BOX 15630
DEPT 99
WILMINGTON DE 19850

# NCO FINANCIAL SYSTEMS INC

507 Prudential Road, Horsham, PA 19044

1-888-871-6484
OFFICE HOURS:
8AM-9PM MON THRU THURSDAY
8AM-5PM FRIDAY
8AM-12PM SATURDAY
Jun 17, 2010

Calls to or from this company may be monitored or recorded for quality assurance.

54-7739

1U2XLH
BARBARA C ROBINSON ET AL,
10911 POB 10911
JACKSONVILLE, FL 32247

CREDITOR: CITY OF JACKSONVILLE
ACCOUNT #: NBNL10001037
REGARDING: LIENS
PRINCIPAL: $ 509.05
INTEREST: $ 30.54
INTEREST RATE:
COLLECTION CHARGES: $ 0.00
COSTS: $ 0.00
OTHER CHARGES: $ 0.00
TOTAL BALANCE: $ 539.59

**Your Account May Be Credit Reported!**

Our records indicate that your balance of $539.59 is due in full. It is our intention to work with you to resolve this collection account. However, subject to your dispute and validation rights provided below, if you fail to resolve this collection account, we may report the account to all national credit bureaus.

Returned checks may be subject to the maximum fees allowed by your state.

To assure proper credit, please put our internal account number 1U2XLH on your check or money order.

You may also make payment by visiting us online at www.ncofinancial.com. Your unique registration code is C1U2XLH9-9C3R47Z. To receive future notices for the account(s) by e-mail, visit www.ncofinancial.com for details.

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of the debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days from receiving this notice, this office will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. If you request this office in writing within 30 days after receiving this notice, this office will provide you with the name and address of the original creditor, if different from the current creditor.

Your account balance may be periodically increased due to the addition of accrued interest or other charges as provided in your agreement with the original creditor or as otherwise provided by state law.

This is an attempt to collect a debt. Any information obtained will be used for that purpose. This is a communication from a debt collector.

**PLEASE RETURN THIS PORTION WITH YOUR PAYMENT (MAKE SURE ADDRESS SHOWS THROUGH WINDOW)**

| Account # | Total Balance |
|---|---|
| 1U2XLH | $ 539.59 |

BARBARA C ROBINSON ET AL,

Payment Amount

$

Check here if your address or phone number has changed and provide the new information below.

Make Payment To:

NCO FINANCIAL SYSTEMS
PO BOX 15740
WILMINGTON, DE 19850-5740

NCOP 1
7739

0199001U2XLH2000000001000000000000539599

x x x Communication Result Report ( Jun. 28. 2010 4:31PM ) x x x

Date/Time: Jun. 28. 2010 4:30PM

**Exhibit B**

1)
2)

| File No. | Mode | Destination | Pg(s) | Result | Page Not Sent |
|---|---|---|---|---|---|
| 0212 | Memory TX | 15188623004 | P. 1 | OK | |

---

Reason for error
E. 1) Hang up or line fail         E. 2) Busy
E. 3) No answer                    E. 4) No facsimile connection
E. 5) Exceeded max. E-mail size

Via Facsimile
518-862-3004

Re: Creditor City of Jacksonville
Act# NBNL10001037
Act# 1U2XLH

I refuse to pay this debt.

Barbara C. Robinson

PO BOX 15630
DEPT 99
WILMINGTON DE 19850

**NCO FINANCIAL SYSTEMS INC**

507 Prudential Road, Horsham, PA 19044

1-888-871-6484
OFFICE HOURS:
8AM-9PM MON THRU THURSDAY
8AM-5PM FRIDAY
8AM-12PM SATURDAY

Sep 16, 2010

Calls to or from this company may be monitored or recorded for quality assurance.



54-4124

2E0WLG
C/O BARBARA C ROBINSON, BARBARA
PO BOX 10911
JACKSONVILLE FL 32247-0911

CREDITOR: CITY OF JACKSONVILLE
CREDITOR'S ACCOUNT #: NBNL10003502
REGARDING: LIENS
CURRENT BALANCE DUE: $ 440.49

**Your Account May Be Credit Reported!**

Our records indicate that your balance of $440.49 is due in full. It is our intention to work with you to resolve this collection account. However, subject to your dispute and validation rights provided below, if you fail to resolve this collection account, we may report the account to all national credit bureaus.

Returned checks may be subject to the maximum fees allowed by your state.

To assure proper credit, please put our internal account number 2E0WLG on your check or money order.

You may also make payment by visiting us online at www.ncofinancial.com. Your unique registration code is C2E0WLG9-9C4Y3C5. To receive future notices for the account(s) by e-mail, visit www.ncofinancial.com for details.

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of the debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days from receiving this notice, this office will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. If you request this office in writing within 30 days after receiving this notice, this office will provide you with the name and address of the original creditor, if different from the current creditor.

Your account balance may be periodically increased due to the addition of accrued interest or other charges as provided in your agreement with the original creditor or as otherwise provided by state law.

This is an attempt to collect a debt. Any information obtained will be used for that purpose. This is a communication from a debt collector.

PLEASE RETURN THIS PORTION WITH YOUR PAYMENT (MAKE SURE ADDRESS SHOWS THROUGH WINDOW)

---

| Our Account # | Current Balance Due |
|---|---|
| 2E0WLG | $ 440.49 |

C/O BARBARA C ROBINSON, BARBARA

Payment Amount ↓

$ .

Check here if your address or phone number has changed and provide the new information below.

Make Payment To:

NCO FINANCIAL SYSTEMS
PO BOX 15740
WILMINGTON, DE 19850-5740

NCOP 1
4124

0199002E0WLG200000000100000000000440492